154 a 778
154   540
154a  778
d164   77
154   778
Case  1
171   352

In the Matter of the Judicial Settlement of the Account of
ROBERT C. EMBREE, as Executor and Trustee of JACOB W.
MORRIS, Deceased; DRAYTON BURRILL et al., Trustees et al.,
Appellants; LEWIS MORRIS et al., Respondents.

*Matter of Embree,* 9 App. Div. 602, affirmed.
(Argued December 7, 1897; decided January 11, 1898.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 16, 1896, and from the decree made in pursuance
thereof, which reversed certain portions of a decree of the
Surrogate's Court of the county of New York, settling the
accounts of an executor and trustee of the will of Jacob W.
Morris, deceased, and construing the will.

*William G. Choate* for appellants.

*H. Snowden Marshall* for respondents.

Order and decree affirmed and judgment absolute ordered
for respondents, with costs, on opinion below.

All concur.